U. S. BANKRUPTCY COURT
NORTHERN DISTRICT OF MISSISSIPPI

CHAPTER 13

In re EDDIE and ARETHA DILLARD              CASE NO. 18-12896-SDM
    DEBTORS

## MOTION TO SELL CAR FREE AND CLEAR OF LIENS

Debtors move this Court to authorize the sale of their 2001 Buick Royal to Kenny Mitchell, for $334.00. Proceeds should be paid to Cleveland Loans, Inc. (Claim #20). Upon payment, Cleveland Loans, Inc. should release the title to Debtor Eddie Dillard, who will then convey title to the car to Kenny Mitchell.

THIS the 4th day of January, 2022.

    /s/   Chris Powell
Chris Powell, MBN 100675
Chris Powell Attorney at Law, PLLC
P.O.Box 1263, Cleveland, MS 38732
Phone: (662) 846-6564   Fax:  -6565
cfpowell@bellsouth.net
Attorney for Debtors